# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Clayton Warner,

    Petitioner,

        v.                              Case No.   1:13cv368

Warden, London Correctional
Institution,                                 Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 3, 2014 (Doc. 8).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 8) of the Magistrate Judge is hereby **ADOPTED** consistent with the Recommendation by the Magistrate Judge.  The Petition (Doc. 1) is dismissed with prejudice on the merits as to Petitioner's First Ground for Relief; and dismissed as procedurally defaulted and without merit as to Petitioner's Second Ground for relief.

    **IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge